1038

No. 71–6777.  HESTON v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 72–111.  BLOOM ET AL. v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 72–231.  BISCUITTI v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 72–322.  THE FLYING FOAM ET AL. v. IRON ORE TRANSPORT CO., LTD.  C. A. 4th Cir.  Certiorari denied.

No. 72–422.  BENEVENTO ET AL. v. UNITED STATES. Ct. Cl.  Certiorari denied.

No. 72–435.  MELANCON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–436.  PATTERSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–442.  LOWENTHAL ET AL. v. TCHEREPNIN ET AL. C. A. 7th Cir.  Certiorari denied.

No. 72–461.  MODLA v. SOUTHSIDE HOSPITAL ET AL. Ct. App. Ariz.  Certiorari denied.

No. 72–462.  FORD MOTOR CO. v. FORTUNATO.  C. A. 2d Cir.  Certiorari denied.

No. 72–494.  DELLA CROCE v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.